**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2330**

_____

In re:  DARIUSH JAHANIAN,

              Debtor,

------------------------------

CHARLES BARRETT HAVER; ELAINE HAVER;

              Plaintiffs – Appellants,

        v.

DARIUSH JAHANIAN,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:11-cv-00723-AJT-IDD; 1:08-bk-10030; 1:10-ap-1165)

_____

Submitted:  September 27, 2012        Decided:  October 1, 2012

_____

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ernest P. Francis, ERNEST P. FRANCIS, LTD., Arlington, Virginia, for Appellants.   James M. Stewart, Jr., George LeRoy Moran, MORAN MONTFORT, PLC, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Barrett Haver and Elaine Haver appeal from the district court's order: (1) affirming the magistrate judge's order striking their brief as untimely filed and because the magistrate judge had not ruled on their motions for an extension of time; and (2) dismissing their appeal from the bankruptcy court's determination that Dariush Jahanian's liability to them is dischargeable in his bankruptcy case. The Havers' appeal was dismissed after they failed to timely file their appeal brief and failed to file their motion for an extension of time prior to the due date for the brief. See Fed. R. Bankr. P. 8006. We have reviewed the record and the district court's order and find no reversible error and no abuse of discretion. See Fed. R. Bankr. P. 8001(a); In re SPR Corp., 45 F.3d 70, 74 (4th Cir. 1995); In re Serra Builders, Inc., 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2